UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROGER YEADON,

       Plaintiff,                                     Case No. 2:14-CV-178

v.                                                                HON. GORDON J. QUIST

PRIYANIHA WIJAYAGUNARATNE,
et al.,

       Defendants.
                                      /

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 6, 2015, Magistrate Judge Greeley issued a Report and Recommendation in which he recommended that the Court grant the motion for summary judgment filed by Defendant Corizon Health, Inc. That same day, Magistrate Judge Greeley issued another Report and Recommendation in which he recommended that the Court grant the motion for summary judgment filed by Defendant Mental Health Services. Plaintiff has not filed objections to either Report and Recommendation.

There are two defendants in this matter who have not been served. Plaintiff has apparently been unable to locate Defendant Wijayagunaratne, who no longer works for the Michigan Department of Corrections. Although the Court previously granted Plaintiff an extension of time to serve Wijaygunaratne, Plaintiff's attempts to effect service have been unsuccessful. Plaintiff also has sued an unknown defendant, and does not appear to have made efforts to identify that defendant.

Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge filed November 6, 2015 regarding Corizon Health, Inc. (dkt. #70) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment filed by Defendant Corizon Health, Inc. (dkt. #63) is **GRANTED**. Plaintiff's claims against Defendant Corizon Health, Inc. are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of the Magistrate Judge filed November 6, 2015 regarding Defendant Mental Health Services (dkt. #71) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment filed by Defendant Mental Health Services (dkt. #54) is **GRANTED**. Plaintiff's claims against Defendant Mental Health Services are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that, **within 21 days of the date of this Order**, Plaintiff shall show cause why his claims against Defendant Wijaygunaratne and the unknown defendant should not be dismissed for failure to effect service.

Dated: December 2, 2015 /s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE